**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000340
18-JUN-2025
09:33 AM
Dkt. 38 OGMD**

NO. CAAP-25-0000340

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DANIEL M. NOBRIGA, Claimant/Appellant-Appellant v.
SCHINDLER ELEVATOR CORPORATION, Employer/Appellee-Appellee, and
BROADSPIRE SERVICES, INC., Insurance Carrier/Appellee-Appellee,
and SPECIAL COMPENSATION FUND, Appellee-Appellee.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2023-081; DCD NO. 2-18-09561)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the letter, which the court construes as a motion to dismiss the appeal, filed June 5, 2025, by self-represented Claimant/Appellant-Appellant Daniel M. Nobriga, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, June 18, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge